R AND S LANDSCAPING, INC. *v.* TOM BARBERINO
(11558)

O'CONNELL, FOTI and SCHALLER, Js.

Argued June 7—decision released August 3, 1993

*David Barberino,* for the appellant (defendant).
*Bruce A. Fontanella,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

AMERICAN NATIONAL BANK *v.* WILLIAM T. SHEA ET AL.
(12267)

LAVERY, LANDAU and FREEDMAN, Js.

Argued September 14—decision released October 5, 1993

*Michael T. Landino,* for the appellants (named defendant et al.).
*Francis P. Barberio,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.